Frank T. Zumwalt, Esq., SBN. 132746
Graham S. Lopez, Esq., SBN. 236077
**THE ZUMWALT LAW FIRM, APC.**
1600 G Street, Suite 104
Modesto, California 95354
Telephone No: (209) 577-6100
Facsimile No: (209) 577-1038

*Attorneys for Plaintiff,*
DAVID SHAYNE HEINE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Shayne Heine, California Veal Tech, Inc. a California Corporation<br><br>Plaintiffs,<br><br>vs.<br><br>Tom Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department Of Agriculture, United States Department Of Agriculture Food Safety and Inspection Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken," USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1 – 100 inclusive,<br><br>Defendants. | CASE NO.:  1:12-CV-01992-AWI-SMS<br><br>ORDER GRANTING CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE<br><br>DATE: MARCH 5, 2013<br><br>COURT ROOM # 1<br><br>SANDRA M. SNYDER<br><br>U.S. MAGISTRATE JUDGE<br><br>Complaint filed: December 6, 2012 |

    This matter is set for an Initial Scheduling Conference on March 5, 2013 in Department 1 before Magistrate Judge Sandra M. Snyder. The Complaint was filed on December 6, 2012. The Summons is out for service at this time, and no parties have yet to appear in this case. Plaintiffs ask that the Initial Scheduling Conference be continued 90 days out, therefore giving time for the parties to appear and respond prior to the hearing.

Page **1** of **2**

THE ZUMWALT LAW FIRM, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038

PROPOSED ORDER CONTINUING SCHEDULING CONFERENCE

Considering the parties in this lawsuit are still in the process of being served and have not yet responded to the Complaint;

Dated: March 1, 2013    /s/ Frank T. Zumwalt
　　　　　　　　　　　　　FRANK T. ZUMWALT
　　　　　　　　　　　　　 Attorney for Plaintiff


　　IT IS HEREBY ORDERED BY THE COURT that the Initial Scheduling Conference be continued from March 5, 2013 to June 4, 2013 at 11:00 AM before Magistrate Judge Sandra M. Snyder.


Dated: March 4, 2013    /s/ SANDRA M. SNYDER
　　　　　　　　　　　　　**Judge Sandra M. Snyder**
　　　　　　　　　　　　　 **U.S. Magistrate Judge**

THE ZUMWALT LAW FIRM, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038