BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Shayne Heine, California Veal Tech, Inc. a California corporation,<br><br>                                Plaintiffs,<br><br>                  v.<br><br>Tim Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department of Agriculture, United States Department of Agriculture Food Safety and Inspections Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken,"USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1-100 inclusive,<br><br>                                Defendants. | **Case No. 1:12-CV-01992-AWI-SMS**<br><br>**STIPULATION AND ORDER REGARDING AMENDMENT OF COMPLAINT** |

   Plaintiffs, David Shayne Heine and California Veal Tech, Inc. ("Plaintiffs"), and Defendant United States Department of Agriculture ("USDA"), hereby stipulate and agree as follows:

   1.    In their Complaint (Doc. 1), Plaintiffs assert claims against the USDA and the Secretary of Agriculture in his official capacity.  The Complaint also names as defendants several individual USDA employees.  As of the date of this filing, only one of those individual defendants, Dr. Inderjeet Pannu, has been served with the Summons and Complaint.

STIPULATION AND PROPOSED ORDER
REGARDING AMENDMENT OF COMPLAINT                 1

2. The parties are engaged in discussions regarding the propriety of certain claims asserted in the Complaint, particularly the claims asserted against individual USDA employees. The United States contends that certain claims are not properly asserted here, and the Plaintiffs are considering whether to make amendments to the Complaint that would remove or amend certain causes of action.

3. The parties respectfully request that in the interest of justice and to avoid a burdensome round of motion practice that could be avoided by amendment of the Complaint, the Court order that (1) Plaintiffs' First Amended Complaint, if any, shall be filed on or before July 12, 2013; and (2) the response of defendants Dr. Inderjeet Pannu and USDA to the Complaint or First Amended Complaint, as applicable, shall be filed on or before August 30, 2013.

Respectfully submitted,

Dated: June 18, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated: June 18, 2013

THE ZUMWALT LAW FIRM, APC.

[E-signature authorized June 17, 2013]

 /s/ Graham S. Lopez
GRAHAM S. LOPEZ
Attorneys for Plaintiffs

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Plaintiffs' First Amended Complaint, if any, shall be filed on or before July 12, 2013.

2. The response of defendants Dr. Inderjeet Pannu and USDA to the Complaint or First Amended Complaint, as applicable, shall be filed on or before August 30, 2013.

Dated: June 20, 2013

/s/ SANDRA M. SNYDER
HONORABLE SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE