1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
6  Attorneys for Defendants
7
8
9              IN THE UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA
11
12 David Shayne Heine, California Veal Tech, Inc.     **Case No. 1:12-CV-01992-AWI-SMS**
   a California corporation,
13                                                    **STIPULATION AND ORDER**
                              Plaintiffs,             **REGARDING PLEADING**
14                                                    **SCHEDULE AND CONTINUANCE**
                     v.                               **OF INITIAL SCHEDULING**
15                                                    **CONFERENCE**
   Tim Vilsack in His Official Capacity as United
16 States Secretary of Agriculture, United States
   Department of Agriculture, United States
17 Department of Agriculture Food Safety and
   Inspections Service, Yudhbir Sharma, DVM,
18 USDA Employee Known Only as "Dr. Pannu,"
   USDA Employee Known only as "Ken,"USDA
19 Employee Known only as "Dr. Redding,"
   USDA Employee Known Only as "Dr.
20 Henley," Dr. Amy Lieder, Penny Patrali and
   DOES 1-100 inclusive,
21
                              Defendants.
22

23        Plaintiffs, David Shayne Heine and California Veal Tech, Inc. ("Plaintiffs"), and Defendants

24 United States Department of Agriculture ("USDA") and Dr. Inderjeet Pannu, hereby stipulate and

25 agree as follows:

26        1.        This matter is before the Court on Plaintiffs' First Amended Complaint, filed August

27 15, 2013 (Doc. 23).  By Order of the Court on the parties' prior stipulation (Doc. 22), Defendants'

28 response to the First Amended Complaint is due August 30, 2013.  The Initial Scheduling

1    Conference is set for September 10, 2013 (Doc. 19).

2         2.    Since the filing of the First Amended Complaint, the parties have been engaged in

3    discussions regarding the legal viability of numerous claims asserted by Plaintiffs in the First

4    Amended Complaint.  Plaintiffs have agreed to consider further amending the complaint in order to

5    resolve legal issues that would otherwise be the subject of motion practice before the Court.  The

6    parties agree that the interests of justice and judicial economy would be best served by an order

7    further amending the pleading schedule as follows: (1) Plaintiffs' Second Amended Complaint, if

8    any, shall be filed on or before September 13, 2013; and (2) the response of defendants Dr. Inderjeet

9    Pannu and USDA to the First Amended Complaint or Second Amended Complaint, as applicable,

10   shall be filed on or before October 4, 2013.  The parties will request no further extension of the

11   pleading schedule.

12        3.    The parties request that the Initial Scheduling Conference set for September 10, 2013,

13   be continued to mid-October 2013 or later, since further amendment of the pleadings is likely to bear

14   upon the claims remaining to be litigated and therefore the appropriate schedule for this case.

15                                              Respectfully submitted,

16   Dated:  August 28, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
17
                                                  /s/ Benjamin E. Hall
18                                               BENJAMIN E. HALL
                                                 Assistant U.S. Attorney
19                                               Attorney for Defendants

20   Dated: August 28, 2013                      THE ZUMWALT LAW FIRM, APC.

21                                               [Authorized August 28, 2013]

22                                                /s/ Graham S. Lopez
                                                 GRAHAM S. LOPEZ
23                                               Attorneys for Plaintiffs

24                              **<u>ORDER</u>**

25        Good cause appearing, IT IS HEREBY ORDERED as follows:

26        1.    Plaintiffs' Second Amended Complaint, if any, shall be filed on or before September

27   13, 2013.

28

1    2.    The response of defendants Dr. Inderjeet Pannu and USDA to the First Amended

2    Complaint or Second Amended Complaint, as applicable, shall be filed on or before October 4,

3    2013.

4    3.    The Initial Scheduling Conference is continued to October 30, 2013, at 10:30 a.m. in

5    Courtroom 1 before Magistrate Judge Sandra M. Snyder.  The parties may appear telephonically

6    with the parties to arrange for a one-line conference call to chambers at (559) 499-5690.  The parties

7    are also reminded to submit a joint scheduling report one week prior to the hearing.

8

9    IT IS SO ORDERED.

10   Dated:  August 30, 2013                          /s/ SANDRA M. SNYDER
                                                      HON. SANDRA M. SNYDER
11                                                    United States Magistrate Judge