BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Shayne Heine, California Veal Tech, Inc. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Tim Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department of Agriculture, United States Department of Agriculture Food Safety and Inspections Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken," USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1-100 inclusive,<br><br>Defendants. | **Case No. 1:12-CV-01992-AWI-SMS**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT** |

Plaintiffs, David Shayne Heine and California Veal Tech, Inc. ("Plaintiffs"), and Defendants United States Department of Agriculture ("USDA") and Dr. Inderjeet Pannu, hereby stipulate and agree as follows:

1. Pursuant to the Court's Order (Doc. 25) on the parties' prior stipulation, the response of defendants Dr. Inderjeet Pannu and USDA to Plaintiffs' Second Amended Complaint (Doc. 26) is due on or before October 4, 2013.

STIPULATION AND PROPOSED ORDER TO
EXTEND DEADLINE FOR RESPONSE TO
SECOND AMENDED COMPLAINT

1

2. As a result of the lapse in appropriations and federal government shutdown, the undersigned defense counsel is on furlough status as of October 1, 2013, and will be prohibited from conducting any work on behalf of the defendants until further notice. The parties accordingly request that the October 4, 2013, deadline be extended to October 15, 2013.

Respectfully submitted,

Dated:  October 1, 2013         BENJAMIN B. WAGNER
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated: October 1, 2013          THE ZUMWALT LAW FIRM, APC.

[Authorized September 30, 2013]

 /s/ Graham S. Lopez
GRAHAM S. LOPEZ
Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:  **October 1, 2013**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR RESPONSE TO SECOND AMENDED COMPLAINT

2