1  BENJAMIN B. WAGNER
   United States Attorney
2  Benjamin E. Hall
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2775

5  Attorneys for Defendant
   United States of America

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

| DAVID SHAYNE HEINE, CALIFORNIA VEAL TECH, INC. A CALIFORNIA CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TIM VILSACK IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTIONS SERVICE, YUDHBIR SHARMA, DVM, USDA EMPLOYEE KNOWN ONLY AS "DR. PANNU," USDA EMPLOYEE KNOWN ONLY AS "KEN," USDA EMPLOYEE KNOWN ONLY AS "DR. REDDING," USDA EMPLOYEE KNOWN ONLY AS "DR. HENLEY," DR. AMY LIEDER, PENNY PATRALI AND DOES 1-100 INCLUSIVE,,<br><br>Defendants | Case No. 1:12-CV-01992-AWI-SMS<br><br>FEDERAL DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT IN LIGHT OF LAPSE OF APPROPRIATIONS and ORDER THEREON |
|---|---|

The Federal Defendants hereby move for an extension of time to respond to Plaintiffs' Second Amended Complaint in the above-captioned case, to and until October 29, 2013 for the reasons set forth below. The Federal Defendants response is currently due to be filed on or before October 15, 2013. [Order approving stipulation of parties to extend time to October 15, 2013, Doc. 28]

Defendant USA's Motion for Extension of Time to Respond    1
to Second Amended Complaint and [Proposed] Order

1. At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including the United States Department of Agriculture, whose employees' acts are at issue in this action. The Department of Justice does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the United States Department of Agriculture are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include most civil cases. Indeed, the undersigned Assistant U.S. Attorney is furloughed and has been out of the office since October 1, 2013.

3. Undersigned counsel for the Federal Defendants therefore requests an extension of time to and until October 29, 2013, within which to respond to the Second Amended Complaint.

Respectfully submitted,

DATED: October 16, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Benjamin E. Hall*

BENJAMIN E. HALL
Assistant United States Attorney

Attorneys for the Federal Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  **October 16, 2013**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

Defendant USA's Motion for Extension of Time to Respond          2
to Second Amended Complaint and [Proposed] Order