1 | Frank T. Zumwalt, Esq., SBN. 132746
2 | Graham S. Lopez, Esq., SBN. 236077
**THE ZUMWALT LAW FIRM, APC.**
3 | 1600 G Street, Suite 104
Modesto, California 95354
4 | Telephone No: (209) 577-6100
Facsimile No: (209) 577-1038

*Attorneys for Plaintiff,*
DAVID SHAYNE HEINE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Shayne Heine, California Veal Tech, Inc. a California Corporation | **CASE NO.: 1:12-CV-01992-AWI-SMS** |
| Plaintiffs, | **STIPULATION AND ORDER FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT** |
| vs. | |
| Tom Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department Of Agriculture, United States Department Of Agriculture Food Safety and Inspection Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken," USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1 – 100 inclusive, | |
| Defendants. | |

Plaintiffs, David Shayne Heine and California Veal Tech, Inc. ("Plaintiffs"), and Defendants United States Department of Agriculture ("USDA") and Dr. Inderjeet Pannu, hereby stipulate and agree as follows:

THE ZUMWALT LAW FIRM, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038

1. The defendants have filed a motion to dismiss the third, fourth, fifth and sixth causes of action alleged in the plaintiffs' second amended complaint ("SAC"). The motion is set to be heard on December 9, 2013 at 1:30 p.m. in courtroom 2.

2. The motion to dismiss will be taken off calendar and plaintiffs will file a third amended complaint ("TAC") by December 9, 2013. The TAC will not have the third, fourth, fifth and sixth causes of action alleged in the SAC.

3. The plaintiffs have filed a claim with the defendant USDA for the relief sought in the third, fourth, fifth and sixth causes of action alleged in the SAC. If and when the claim is rejected, the plaintiffs may seek leave of the Court to file a fourth amended complaint asserting additional claims. Defendants reserve all objections to such further amendment and to such additional claims, if any.

Respectfully submitted:

Dated: November 27, 2013                **BENJAMIN B. WAGNER**
                                        **United States Attorney**

                                        /s/ Benjamin E. Hall
                                            BENJAMIN E. HALL
                                            Assistant U.S. Attorney
                                            Attorney for Defendants

                                        **THE ZUMWALT LAW FIRM, LLP**

Dated: November 27, 2013                /s/ Graham Lopez
                                            GRAHAM LOPEZ
                                            Attorney for Plaintiffs

### **ORDER**

IT IS SO ORDERED.

Dated: 12/2/2013                        /s/ SANDRA M. SNYDER
                                        HON. SANDRA M. SNYDER
                                        United States Magistrate Judge

The Zumwalt Law Firm, APC
1600 G STREET
SUITE 104
MODESTO, CA 95354
T: (209) 577-6100
F: (209) 577-1038