BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Shayne Heine, California Veal Tech, Inc. a California corporation,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>Tim Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department of Agriculture, United States Department of Agriculture Food Safety and Inspections Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken,"USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1-100 inclusive,<br><br>　　　　　　　　　Defendants. | **Case No. 1:12-CV-01992-AWI-SMS**<br><br>**STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |

　　　　The parties to this action hereby stipulate and request that the Scheduling Conference set for February 19, 2014, be continued for the reasons set forth herein.

　　　　This action proceeds on plaintiff's Third Amended Complaint (Doc. 36).  The parties, after conferring, have determined that service of process was not properly effected on certain parties named in the action.  In order to avoid motion practice before the Court on issues relating to service of process, plaintiffs have undertaken to correct service of process, and the parties have agreed to

STIPULATION AND PROPOSED ORDER　　　　　　1
TO CONTINUE SCHEDULING CONFERENCE

request that the Scheduling Conference be deferred so that the issues and parties are properly joined before the case is scheduled. Accordingly, the parties respectfully request that the Court continue the Scheduling Conference to April 17, 2014, or another later date convenient to the Court.

Respectfully submitted,

Dated: February 12, 2014       BENJAMIN B. WAGNER
United States Attorney

 /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorney for Defendants

Dated: February 12, 2014       THE ZUMWALT LAW FIRM, APC.

[As Authorized February 12, 2014]

 /s/ Graham S. Lopez
GRAHAM S. LOPEZ
Attorneys for Plaintiffs

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Scheduling Conference is continued to April 23, 2014, at 11:00 a.m. before Magistrate Judge Sandra M. Snyder. Telephonic appearances are granted with the parties to initiate a one-line conference call to chambers at (559) 499-5690. A joint scheduling report is due one full week prior to the hearing.

Dated: 2/13/2014                                    /s/ SANDRA M. SNYDER
United States Magistrate Judge