1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Defendants

7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  David Shayne Heine, California Veal Tech, Inc. a California corporation,<br><br>13                          Plaintiffs,<br><br>14          v.<br><br>15  Tim Vilsack in His Official Capacity as United States Secretary of Agriculture, United States Department of Agriculture, United States Department of Agriculture Food Safety and Inspections Service, Yudhbir Sharma, DVM, USDA Employee Known Only as "Dr. Pannu," USDA Employee Known only as "Ken,"USDA Employee Known only as "Dr. Redding," USDA Employee Known Only as "Dr. Henley," Dr. Amy Lieder, Penny Patrali and DOES 1-100 inclusive,<br><br>                          Defendants. | **Case No. 1:12-CV-01992-AWI-SMS**<br><br>**STIPULATION AND ORDER TO REVISE BRIEFING SCHEDULE ON MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT**<br><br>Date: October 8, 2014<br>Time: 1:00 p.m.<br>Ctrm: 1 |

23      The parties to this action stipulate and respectfully request that the Court approve the

24  following revision to the remaining briefing schedule (*see* Minute Order, Doc. 46) on plaintiff's

25  Motion for Leave to File a Fourth Amended Complaint (Doc. 47):

26                                     Original Date          Revised Date

27      Defendants' response to motion    September 5, 2014     September 10, 2014

28      Plaintiff's reply                 September 19, 2014    September 24, 2014

STIPULATION AND PROPOSED ORDER TO         1
REVISE BRIEFING SCHEDULE

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | Dated: September 3, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| 4 |   | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |
| 5 |   | Attorney for Defendants |
| 6 | Dated: September 3, 2014 | THE ZUMWALT LAW FIRM, APC. |
| 7 |   | [Authorized September 3, 2014] |
| 8 |   | /s/ Graham S. Lopez<br>GRAHAM S. LOPEZ |
| 9 |   | Attorneys for Plaintiffs |

## **ORDER**

IT IS SO ORDERED.

DATED: 9/3/2014            /s / SANDRA M. SNYDER
                           UNITED STATES MAGISTRATE JUDGE