# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHAYNE HEINE; CALIFORNIA VEAL TECH, INC., A CALIFORNIA CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>TIM VILSACK, IN HIS OFFICIAL CAPACITY AS UNITED STATES SECRETARY OF AGRICULTURE; UNITED STATES DEPARTMENT OF AGRICULTURE; UNITED STATES DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTIONS SERVICE; YUDHBIR SHARMA, DVM; USDA EMPLOYEE KNOWN ONLY AS "DR. PANNU"; USDA EMPLOYEE KNOWN ONLY AS "KEN"; USDA EMPLOYEE KNOWN ONLY AS "DR. REDDING"; USDA EMPLOYEE KNOWN ONLY AS "DR. HENLEY"; DR. AMY LIEDER; PENNY PATRALI; AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. 1:12-CV-01992-AWI-SMS<br><br>ORDER DIRECTING SUPPLEMENTAL BRIEFING<br><br>**(Doc. 47)** |

Before the court in the above styled and numbered cause is Plaintiff's Motion for Leave to File a Fourth Amended Complaint (Doc. 47). The matter is currently before the Court on the parties' cross-briefs (Docs. 50 & 51), which were submitted without oral argument to the Honorable Sandra M. Snyder, United States Magistrate Judge.

1

This Court hereby directs supplemental briefing addressing the following: (1) whether 28 U.S.C. § 2401(b) applies in this case, and if so, whether Plaintiff exhausted his administrative remedies or gave proper notice of his new tort claims against the United States as set out in Plaintiff's Fourth Amended Complaint; and (2) whether, pursuant to *Sheehan v. United States*, 896 F.2d 1168, 1172 (9th Cir. 1990), Plaintiff's new claims of negligent and intentional infliction of emotional distress are not excluded by Section 2680(h) where "the substance the conduct relied upon constituted a specifically excluded tort," namely, "abuse of process." *See* 28 U.S.C. § 2680(h) (the United States is not liable for "[a]ny claim arising out of assault, battery, false imprisonment, false arrest, malicious prosecution, **abuse of process**, libel, slander, misrepresentation, deceit, or interference with contract rights.") (emphasis added)).

Each party is directed to submit its supplemental brief (of no more than 7 pages and without including a recitation of the known facts) <u>on or before November 5, 2014</u>. If necessary, either or both parties may submit a response to the opposing party's brief <u>on or before November 12, 2014</u>. The matter shall then be deemed submitted for decision pursuant to Local Rule 230(h) (Fed. R. Civ. P. 78).

IT IS SO ORDERED.

Dated: **October 21, 2014**            **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

2